IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

James Fillip Mosls #162146 )
Full name and prison number )
of plaintiff(s) )
)
v. )  CIVIL ACTION NO. 2:05CV930-T
)  (To be supplied by Clerk of
K. Wilson Nurse )  U.S. District Court)
)
Dr. ? Murrey )
)
Dr. ? Bradford )
)
Gwendolyn Mosley )
)
Ruth Naglich / Prisoners Health Service )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ( )  NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ( )  NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) N/A

         Defendant(s) N/A

      2. Court (if federal court, name the district; if state court, name the county) N/A

3. Docket number _____ N/A _____

4. Name of judge to whom case was assigned _____
   _____ N/A _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
   _____ N/A _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Easterling Corr. Facility_ _200 Wallace Dr. Clio, AL. 36017_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Health Care Unit_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                              ADDRESS

1. K. Wilson "Director of Nurses"         200 Wallace Dr. Clio, AL 36017
2. Dr. ? Murry "Optometrist"              200 Wallace Dr. Clio, AL 36017
3. Dr. ? Bradford "Optometrist"           unknown
4. Gwendolyn Mosley "Warden"              200 Wallace Dr. Clio, AL 36017
5. Ruth Naglich AST. Commissioner, ADOC.  Po Box 301501, Mont. AL 36130
6. Prisoners Health Service.              105 Westpark Dr, Brentwood Tenn. 37027

see attached pages

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _Continually since mid-Oct. 2004_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _The Denial of a Proper Eye Examination._
_The Denial of Eye glasses, Denial of Eye Treatment for Blurred vision due to an Adverse Reaction to The Drug. Rifampin I was forced To Take from Oct. 04 until Feb. 05_

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I have Bad vision Problems in my Right Eye. I have been Refused proper Glasses and Eye care for some Time. In Oct. 04 I was Forced To Take The Drug "Rifamin" I suffered from an Adverse Reaction "Blurred vision" which I reported To The Cronic Care Nurse in mid Oct 2004. I am still Denied an Eye Examination See Additional pages

GROUND TWO: Denied Treatment by The Health Care Unite because I Cannot Pay The $3.00 (illegal) Co-Pay, for a Problem They

SUPPORTING FACTS: I have Ampeal Evidence To uphold This Claim. (ie) My Medical (Jacket) Records also Replys from The Parties involved. (ie) Ms Wilson, "The Total Non response from other Parties. The improperly made Eye glasses. The Total Deliberate indifferance to my Medical and Eye Problems by The Named Parties

GROUND THREE: The Complete Deliberate indifferance to The Need for Eye Care by The Defendants

SUPPORTING FACTS: This Eye problem has been reported To all of The Defendants Named as well as The unproffesional actions of The Nurses at The Health Care united by written Complaints by my Self and also by The Hon. Lora Refan staff Attorney for The ACLU of Alabama The only Response has been Silence. This is all about The Greed of The Health Care Nurses", K. Wilson To Collect an illegal $3 Co-Pay. For a Problem Caused by the medican "Rifamin" I was Forced To Take from Oct. 4. 2004 until Feb. 2005 This Eye Problem (Blurred vision is a Result of Said drug) was duly Reported To The Cronic Care Nurse. In Oct. 2004.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Proper Eye care for The Blurred vision Problem and Eye glasses, Also any and all other Benifits This Court deems To be due me. Also That The Defendants be Taxed with The Filing Fee, Court Cost and a reasonable Attorney Fee for Plaintiff and or any Attorney Appointed To Assist herein

_James Moody #162146_
Signature of plaintiff(s) Pro Se

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 9-20-05
(Date)

cc File.

_James Moody #162146 Pro Se_
Signature of plaintiff(s)