M/D-6

RECEIVED

2005 SEP 29 A 9: 26

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

_James Fillip Moats #162146_                    )
_____                 )
_____                 )
_____                 )
                    **Plaintiff(s)**             )        2, 05CV 930 -T
                                               )
                    v.                          )
_K. Wilson_                                     )
_Dr. Murray_                                    )
_Dr. Bradford_                                  )
_Gwaidloyn Mosley_                              )
_Ruth Naglich_              **Defendant(s)**     )
_Prisoners Health Service_

**MOTION TO PROCEED _IN FORMA PAUPERIS_**

Plaintiff(s) _James Fillip Moats #162146_

moves this Honorable Court for an order allowing her/him to proceed in this case without

prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached

sworn affidavit in support of the motion.

_James Moats #162146  Pro se_
                    Plaintiff(s) signature

In The United States District Court

Northern District of Alabama

RECEIVED

2005 SEP 29  A 9: 26

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

James Fillip Moats

    V

K. Wilson, et. al.,

### Petition To Proceed Herein
### without payment of Filling Fee

Into This Court Comes James Fillip Moats (moats)
and does move This Hon. Court To Premit The
commencement of This instant Suit Filed
Pursuant To 28 USC § 1915   by and Through
42 USC § 1983 , because of the gross denial of
Vital Medical Care "Eye Care" due To The willful
and wonton Action of Defendant K. Wilson, and
The very obvious deliberate indifferance by Def-
=endants Naglich Mosley Bradford, and P.H.S. Plus
The Action of Murry (ie "The refusal To Examine
the Problem of Blurred Vision," The Failure Too
give The Proper Eye glasses To moats."
    Plaintiff does Now Seek Premission from
This Hon. Court To allow This instant Suit Too
be Filed and The Filling Fee, Court Cost and
Attorney Fee's To be Taxed To The Non-prevailing

182

Parties) at the Conclusion of this instant
suit.

As to grounds too support this request.
Moats would show the following.

-1- I am an indigent (65 years old   inmate
  incarcerated at the Easterling C.F.,

-2- The Records will show that I receive app-
  = roximately "$ 40 " Fourly dollars per year.
  "Inclosed. Computer Printout of Each Year. "2002,
  -03,-04,-05" "This money is used To purchase The
  Hygiene Items decoderant, Tooth Brush and
  Tooth Paste , Soap , Paper, Stamps, and Envelopes.
  from the canteen "

  Moats is indeed almost Completely without
  any Financial Assistance from Family .

  Thereby the filling fee would cause a grave
  hardship  and would thereby not be unpaid
  by Taxing Same to the Non-Prevailing
  parties at the Conclussion of this suit

  Executed 9- _ - 05   Respectfully Submitted

                    _____

                    James Moats Prose


2 of 2

RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR THE 2005 SEP 29 A 9: 26
MIDDLE DISTRICT OF ALABAMA

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
*IN FORMA PAUPERIS*

I, _James Fillip Moats_ , being first duly sworn, depose and say that I am the plaintiff in the above-entitled case; that in support of my motion to proceed without being required to prepay fees and costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1.    Are you presently employed?                     YES ( )   NO (✓)

   A.    If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   _____

   B.    If the answer is NO, state the date of last employment and the amount of the salary and wages per month which you received. _____

2.    Have you received within the past 12 months any money from any of the following sources?

   A.    Business, profession, or form of self-employment?    YES ( )   NO (✓)

   B.    Rent payments, interest, or dividends?              YES ( )   NO (✓)

   C.    Pensions, annuities, or life insurance payments?    YES ( )   NO (✓)

   D.    Gifts or inheritances?                              YES ( )   NO (✓)

   E.    Any other sources?                                  YES (✓)   NO ( )

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past 12 months. _I recieve Money (Approximately ($40) Fourty dollars per year) from my family to purchace hygiene items (Decoderent, toothpaste, Razors.) See Computer Print out for, 2002, 2003, 2004, 2005 attached hereto_

3.   Do you own cash, or do you have money in a checking/savings account?
                                                    YES ( ✓ )   NO ( )

     If the answer is YES, state the total value of the items owned. _See printout_
     _Attached hereto_ _____
     _____
     _____

4.   Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property
     [excluding ordinary household furnishings and clothing]?     YES ( )   NO ( ✓ )

     If the answer is YES, describe the property and state its approximate value. _____
     _____
     _____
     _____

5.   List the persons who are dependent upon you for support, state your relationship to those
     persons, and indicate how much you contribute toward their support. _____
     _____
     _____
     _____

                              _James Moats_ #162146. "7A-132"
                              Plaintiff

STATE OF ALABAMA
COUNTY OF _____

          Subscribed and sworn to before me on this _____ day of _____,
199__, at _____, Alabama.


                         _____
                         NOTARY PUBLIC in and for said County,
                         in said State

(SEAL)

My commission expires _____.

                              OR

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.

                              _James Moats_  162146
                              Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.
                        (date)

_James Mirth_ 162146
Signature of Affiant

## CERTIFICATE

— I hereby certify that the plaintiff herein has the sum of $ _5.23_ on account to his credit at the _____Easterling_____ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_See attached_

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $_____ on the 1st day of _____
2. $_____ on the 1st day of _____
3. $_____ on the 1st day of _____
4. $_____ on the 1st day of _____
5. $_____ on the 1st day of _____
6. $_____ on the 1st day of _____

_See attached_

_Inge K. Peters Acct Clerk_
Authorized Officer of Institution

DATE___ _9·1-05_

```
SEP. 06, 2005                USER: MYRA PETERS                        INMACI
         INMATE ACCOUNT INFORMATION FROM OCT. 01, 2001 THRU SEP. 06, 2005

    AIS#:   162146    NAME: MOATS, JAMES              CURRENT BAL:      $3.60

DATE OF      PREVIOUS   TRANS.  NAME OF            TYPE OF      TRANS.     AMOUNT
TRANS.       BALANCE    NUMBER  SENDER/PAYEE       TRANS.       AMOUNT     DEDUCTED
--------------------------------------------------------------------------------
09/09/2002      $0.11   018199 JOAN THERESA MOATS  MISC. DEP    $10.00      $0.00
09/11/2002     $10.11   007183 VIS DT:  10/03/1997 MED. COPAY    $3.00      N/A
09/11/2002      $7.11   007184 VIS DT:  02/13/1998 MED. COPAY    $3.00      N/A
09/11/2002      $4.11   007185 VIS DT:  08/10/2000 MED. COPAY    $3.00      N/A
                 END OF DATA ON MOATS, JAMES
```

PRESS ENTER TO CONTINUE

```
SEP. 06, 2005                USER: MYRA PETERS                        INMACI
         INMATE ACCOUNT INFORMATION FROM OCT. 01, 2002 THRU SEP. 06, 2005

    AIS#:   162146    NAME: MOATS, JAMES              CURRENT BAL:      $3.60

DATE OF      PREVIOUS   TRANS.  NAME OF            TYPE OF      TRANS.     AMOUNT
TRANS.       BALANCE    NUMBER  SENDER/PAYEE       TRANS.       AMOUNT     DEDUCTED
--------------------------------------------------------------------------------
11/25/2002      $1.11   002786 JOAN THERESA MOATS  MISC. DEP    $10.00      $0.00
11/26/2002     $11.11   008052 PMOD ACCOUNT        CANTEEN SL    $9.67      N/A
07/29/2003      $1.44   006178 KILBY CORRECTIONAL  MISC. WDRL    $1.44      N/A
07/30/2003      $0.00   006205 TALLAHATCHIE CO. CO MISC. WDRL    $0.00      N/A
                 END OF DATA ON MOATS, JAMES
```

PRESS ENTER TO CONTINUE

```
SEP. 06, 2005              USER: MYRA PETERS                    INMACI
        INMATE ACCOUNT INFORMATION FROM OCT. 01, 2003 THRU SEP. 06, 2005

   AIS#:   162146    NAME: MOATS, JAMES            CURRENT BAL:      $3.60

DATE OF       PREVIOUS   TRANS.  NAME OF           TYPE OF     TRANS.      AMOUNT
TRANS.        BALANCE    NUMBER  SENDER/PAYEE      TRANS.      AMOUNT      DEDUCTED
--------------------------------------------------------------------------------
03/26/2004       $0.00   010161  INST. TRANSFER    MISC. DEP     $0.33       $0.00
07/01/2004       $0.33   015459  JEAN TERESA CARREL MISC. DEP   $40.00       $0.00
07/02/2004      $40.33   074570  PMOD ACCOUNT      CANTEEN SL    $3.17        N/A
07/03/2004      $37.16   074974  PMOD ACCOUNT      CANTEEN SL    $5.77        N/A
07/07/2004      $31.39   004879  VIS DT:  03/26/2004 MED. COPAY  $3.00        N/A
07/07/2004      $28.39   075833  PMOD ACCOUNT      CANTEEN SL    $1.88        N/A
07/08/2004      $26.51   076123  PMOD ACCOUNT      CANTEEN SL   $15.52        N/A
07/11/2004      $10.99   077246  PMOD ACCOUNT      CANTEEN SL    $1.46        N/A
07/12/2004       $9.53   077487  PMOD ACCOUNT      CANTEEN SL    $2.25        N/A
07/15/2004       $7.28   078522  PMOD ACCOUNT      CANTEEN SL    $2.38        N/A
07/17/2004       $4.90   079270  PMOD ACCOUNT      CANTEEN SL    $1.42        N/A
07/21/2004       $3.48   080566  PMOD ACCOUNT      CANTEEN SL    $1.46        N/A
07/24/2004       $2.02   081383  PMOD ACCOUNT      CANTEEN SL    $1.92        N/A

        MORE TRANSACTIONS ON FILE

            PRESS ENTER TO CONTINUE
```

```
SEP. 06, 2005              USER: MYRA PETERS                    INMACI
        INMATE ACCOUNT INFORMATION FROM OCT. 01, 2003 THRU SEP. 06, 2005

   AIS#:   162146    NAME: MOATS, JAMES            CURRENT BAL:      $3.60

DATE OF       PREVIOUS   TRANS.  NAME OF           TYPE OF     TRANS.      AMOUNT
TRANS.        BALANCE    NUMBER  SENDER/PAYEE      TRANS.      AMOUNT      DEDUCTED
--------------------------------------------------------------------------------
            END OF DATA ON MOATS, JAMES
```

```
            PRESS ENTER TO CONTINUE
```

```
SEP. 06, 2005              USER: MYRA PETERS                    INMACI
          INMATE ACCOUNT INFORMATION FROM OCT. 01, 2004 THRU SEP. 06, 2005

   AIS#:   162146    NAME: MOATS, JAMES              CURRENT BAL:      $3.60
```

| DATE OF TRANS. | PREVIOUS BALANCE | TRANS. NUMBER | NAME OF SENDER/PAYEE | TYPE OF TRANS. | TRANS. AMOUNT | AMOUNT DEDUCTED |
|---|---|---|---|---|---|---|
| 05/27/2005 | $0.10 | 013248 | LESLIE WALTER MOATS | MISC. DEP | $16.00 | $4.00 |
| 05/28/2005 | $16.10 | 071046 | PMOD ACCOUNT | CANTEEN SL | $3.78 | N/A |
| 05/31/2005 | $12.32 | 013392 | FEDERAL FILING FEE | MISC. DEP | $2.00 | $2.00- |
| 05/31/2005 | N/A | 004498 | COUNTY CLERK | DISB. COP | $2.00 | N/A |
| 07/12/2005 | $14.32 | 015481 | LESLIE WALTER MOATS | MISC. DEP | $16.00 | $4.00 |
| 08/02/2005 | $30.32 | 016361 | FEDERAL FILING FEE | MISC. DEP | $2.00 | $2.00- |
| 08/02/2005 | N/A | 005562 | COUNTY CLERK | DISB. COP | $2.00 | N/A |
| 08/24/2005 | $32.32 | 094543 | PMOD ACCOUNT | CANTEEN SL | $14.94 | N/A |
| 08/27/2005 | $17.38 | 095588 | PMOD ACCOUNT | CANTEEN SL | $3.81 | N/A |
| 08/27/2005 | $13.57 | 095676 | PMOD ACCOUNT | CANTEEN SL | $0.98 | N/A |
| 08/28/2005 | $12.59 | 095794 | PMOD ACCOUNT | CANTEEN SL | $1.26 | N/A |
| 08/31/2005 | $11.33 | 096473 | PMOD ACCOUNT | CANTEEN SL | $6.10 | N/A |
| 09/02/2005 | $5.23 | 097209 | PMOD ACCOUNT | CANTEEN SL | $1.63 | N/A |

```
          MORE TRANSACTIONS ON FILE

               PRESS ENTER TO CONTINUE

   SEP. 06, 2005              USER: MYRA PETERS                    INMACI
          INMATE ACCOUNT INFORMATION FROM OCT. 01, 2004 THRU SEP. 06, 2005

   AIS#:   162146    NAME: MOATS, JAMES              CURRENT BAL:      $3.60
```

| DATE OF TRANS. | PREVIOUS BALANCE | TRANS. NUMBER | NAME OF SENDER/PAYEE | TYPE OF TRANS. | TRANS. AMOUNT | AMOUNT DEDUCTED |
|---|---|---|---|---|---|---|

```
          ------------------------------------------------------------
               END OF DATA ON MOATS, JAMES




               PRESS ENTER TO CONTINUE
```