RECEIVED

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

James Moats

v.                              2:05-CV-930-T

K. Wilson et al

Plaintiff Petition for an
Enlargement of Time

Into this court comes James Moats (Moats) Plaintiff by and through himself and would Request an Enlargement of Time of 30 days in which to Reply to and object to the errors within the Report and Recommendation issued by 10-18-05 and Received by Plaintiff on 10-20-05.

Plaintiff not being an Attorney and also having a very limited time in the Law Library at E.C.F. needs the Enlargement to obtain copies of court case's that are not Published and due to his lack of access to Electronic Communication with the court system Moats must depend on the US Mail system and that takes time.

Therefore Moats now Requires an Enlargement of 30 days time to Respond to Magistrate Walkers

1 of 2

Recommendation and the errors therein Moats prays that this enlargement of time will be granted, thereby extending the date of his objection as due, from 10-31-05 to the new date of 11-30-05, in the interest of justice and the right of Moats to seek relief from the cruel and unusual punishment the possible lose of his sight. This enlargement of time is due to be granted.

cc file
Executed 10-24-05

Respectfully Submitted
*James Moats*
James Moats Pro se

2 of 2.