IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES FILLIP MOATS, #162 146 | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-930-T |
| K. WILSON, *et al.*, | * |
| Defendants. | * |

**ORDER ON MOTION**

Pending before the court is Plaintiff's Motion for Extension of Time to file objections to the Recommendation of the Magistrate Judge. (Doc. No. 4.) Plaintiff seeks an additional thirty days to file his objections because he is not an attorney, has limited access to the law library, and needs to obtain copies of unpublished cases. (*Id*.)

Plaintiff is advised that any objections he wishes to file should simply, but specifically, identify the findings in the Magistrate Judge's Recommendation objected to. Plaintiff is not required to cite to legal cases or statutes in filing his objections. Therefore, while the court will grant Plaintiff's request for additional time to file objections, the objection period will only be extended by an additional fifteen days.

Accordingly it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (Doc. No. 4) is GRANTED; and

2. Plaintiff is GRANTED an extension from October 31, 2005 to November 15, 2005

to file his objections.

DONE, this 2nd day of November, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE