In The United States District Court
Middle District of Alabama

James Fillip Moats
   v.                                    2:05-CV-930-T
K Wilson et al

Plaintiff's Request For Copies of
The Unpublished Cases used herein

Into This Court Comes James Moats (moats) by and Through himself, and would now Move Magistrate Susan Russ Walker (walker) To issue an order, That The Clerk Serve upon Moats, Copies of The (3) cases used by Walker to uphold her claim, as Stated Therein her Recommendation of 10-18-05 (To-wit) (1) Moats v Horm. 1:93-CV-233-AH-C (SD Ala 1993) (2) Moats v Fincher 1:03-CV-398 (ND. Miss 2004) (Appeal in 5th Circuit) (3) Moats v Whetstone 1:03-CV-716 BH-B, (SD Ala) Those cases and The record There to are Not Available To Plaintiff, who is indigent as Shown also Moats would also Request That Walker also Instruct The Clerk To Serve a copy of a 1983 civil Action Filed in Walkers Court Docket during The Mid-Summer of 1996. Wherein Walker Recommended it be Dismissed for Failure to Pay a Partial filing fee.

1 of 2

where The Records Showed by and Through Moats's filed Financial statement with his motion to Proceed in Forma Pauperis ( Pursuant to some Fantacy of The Alleged Monthly Income, Moats Allegedly Received according to walker's (Magical Math)

Moats would also Ask That Walker <u>Step-Down</u> from This instant Cause "<u>Due To The Possible undue Influence of The Possible Connection To some of The Defendants</u>" by and Through an organization and The mutal Membership There in"

Moats has need of The Requested Case files To Properly argue, against The gross Miss statements made by Walker within The Recommendation, and The Case in Walker court in 1996 (mid summer) Will Show The Possible Prejudice to ward moats by walker "ie Moats v _____ 1:96-cv- _ A-W

This Motion filed Pursuant 5 USC §§ 552 and 552(a)

cc file
Executed 11-7-05

Respectfully Requested
James Moats  Proise
James Moats 162146. Proise