IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES FILLIP MOATS, #162 146              *

    Plaintiff,                                            *

        v.                                            *  CIVIL ACTION NO. 2:05-CV-930-T

K. WILSON, *et al.*,                                    *

    Defendants.                                     *

_____

**ORDER ON MOTION**

Plaintiff seeks to obtain copies of the cases relied upon by the court with regard to its determination that he may not bring a civil action or proceed on appeal *in forma pauperis* if he "has, on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  (Doc. No. 6.)  Upon consideration of Plaintiff's motion, the court concludes that Plaintiff's motion shall be granted and the Clerk of Court shall be directed to send him a copy of the docket sheet for the civil cases referenced in the October 18, 2005 Order and Recommendation of the Magistrate Judge.

Accordingly, it is ORDERED that:

1.  Plaintiff's Motion for Free Copies (Doc. No. 6) is GRANTED; and

2. The Clerk of Court shall SEND to Plaintiff a copy of the docket sheet in  (1) *Moats*

*v. Horm, et al.*, Civil Action No. 1:93-CV-233-AH-C (S.D. Ala. 1993); (2) *Moats v. Fincher, et al.*, Civil Action No. 2:03-CV-398-MPM (N.D. Miss. 2004) (appeal frivolous); and (3) *Moats v. Whetstone, et al.*, Civil Action No. 1:03-CV-716-BH-B (S.D. Ala. 2004).[1]

DONE, this 5th day of December, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] Attached to the docket sheet for Civil Action No. 2:03-CV-398-MPM is a copy of the United States Court of Appeals' judgment entered on May 12, 2005. (Doc. No. 39.) Attached to the docket sheet for Civil Action No. 1:03-CV-716-BH-B is a copy of the court's judgment entered on December 21, 2004. (Doc. No. 57.) If Plaintiff seeks a hard copy of the court's judgment entered in Civil Action No. 1:93-CV-233-AH-C (Doc. No. 18), he should present a request for said document to the United States District Court for the Southern District of Alabama which has possession of the file in conventional (hard file) format.